United States Bankruptcy Court

Northern District of California

San Jose Division

In re:

CT Drives, LLC

Case No. _____
Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the of CT Drives, LLC, a Corporation and that on the following resolution was duly adopted by the of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Wayne K. Higashi, Manager of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Wayne K. Higashi, Manager of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Wayne K. Higashi, Manager of this Corporation, is authorized and directed to employ William J. Healy, attorney and the law firm of Campeau Goodsell Smith to represent the Corporation in such bankruptcy case."

Executed on: 10/31/11        Signed: _____