In re   CT Drives, LLC _____,        Case No. 11-60198 _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barry N. Young<br>200 Page Mill Road, Ste 102<br>Palo Alto, CA 94306 | | | patent legal services | | | | 4,378.11 |
| ACCOUNT NO.<br><br>CATLIZ Enterprises<br>1037 Ruf Road<br>Colfax, CA 95714 | | | 05/30/2011<br>Press Modifications | | | | 1,000.00 |
| ACCOUNT NO.<br><br>Conntechnical Industries, Inc<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588 | | | Setoff<br>interest on unsecured note<br>(1/1/10-10/31/11) | X | X | X | 26,307.75 |
| ACCOUNT NO.<br><br>Conntechnical Industries, Inc<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588 | | | 12/31/2009   Setoff<br>unsecured note | X | X | X | 358,763.76 |
| ACCOUNT NO.<br><br>Conntecnical Industries, Inc<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588 | | | Setoff<br>billing for services (1/1/10-3/31/10) | X | X | X | 21,111.00 |

__1__  Continuation sheets attached

|  | |
|---|---|
| Subtotal  ➢ | $ 411,560.62 |
| Total  ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re     CT Drives, LLC                                                    Case No. 11-60198
                          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> International Technology Licensing Mgt. Co. <br> 1484 Pollard Road, PMB#192 <br> Los Gatos, CA 95032 | | | management fee | | | | 12,500.00 |
| ACCOUNT NO. <br><br> Law Offices of Michael G. Ackerman <br> 2391 The Alameda, Suite 100 <br> Santa Clara, CA 95050 | | | Trademark Legal Service matter | | | | 2,626.70 |
| ACCOUNT NO. <br><br> RJS Machine Parts <br> 1249 Dell Avenue <br> Campbell, CA 95008 | | | prototype development | | | | 1,270.00 |
| ACCOUNT NO. <br><br> Thomas L. Bahrick <br> 1744 Campbell Avenue <br> San Jose, CA 95125 | | | general legal services | | | | 9,828.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 26,224.70 |
| Total > | $ | 437,785.32 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, If applicable on the Statistical
Summary of Certain Liabilities and Related Data.)