Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Attorneys For Creditor Conntechnical Industries, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**CT DRIVES, LLC,**<br><br>        Debtor. | Case No. 11-60198 SLJ 11<br><br>Chapter 11<br><br>**MOTION OF CREDITOR CONNTECHNICAL INDUSTRIES, INC. TO CONVERT THIS CASE TO A CASE UNDER CHAPTER 7**<br><br>Date:    September 6, 2012<br>Time:   9:30 a.m.<br>Place:   United States Bankruptcy Court<br>           280 S. First St., Room 3099<br>           San Jose, California 95113<br>Judge:  Hon. Stephen L. Johnson |

TO THE CLERK OF THE COURT, DEBTOR CT DRIVES, LLC AND ITS COUNSEL, AND ALL OTHER INTERESTED PARTIES:

      Creditor Conntechnical Industries, Inc. ("Conntechnical") hereby moves for an order converting this case to a case under Chapter 7 of the United States Bankruptcy Code.

      This motion is made pursuant to Bankruptcy Code Section 1112(b), on the grounds that cause exists for such conversion, and that such conversion is in the best interests of creditors and the estate.

      The motion is made on the grounds that, *inter alia,* (a) there is substantial and continuing loss to or diminution of the estate of debtor CT Drives, LLC ("Debtor"), with no reasonable

likelihood of rehabilitation; the estate has been grossly mismanaged; Debtor has dispersed virtually all of its assets to insiders, leaving a corporate "shell" that exists solely for the purpose of seeking to prevent Conntechnical from recovering any substantial portion of its claim herein; and Debtor has failed to remit federal taxes withheld from employee wages.

The motion is based on the Notice of Hearing, Memorandum of Points and Authorities, and Declarations of Peter C. Bronson and Connard P. Cali (including the exhibits thereto) filed concurrently herewith, and such additional evidence and argument as may be presented at the hearing on the Motion.

DATED: August 6, 2012   Respectfully submitted,

Peter C. Bronson
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation

By: _____
Peter C. Bronson
Attorneys for Creditor
Conntechnical Industries, Inc.