B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re **CT Drives, LLC**,     Case No. _____
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **September 2012**     Date filed: **October 10, 2012**

Line of Business: **Technology Licensing**     NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Wayne K. Higashi_
Original Signature of Responsible Party

**Wayne K. Higashi**
Printed Name of Responsible Party

| | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

| | Yes | No |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $  636

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 15581 |
| Cash on Hand at End of Month | $ | 10884 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL | $ | 10884 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $  5333

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 636 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 5333 |
| *(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH | $ | -4697 |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 35294

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 32000

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0 | $ 636 | $ -636 |
| EXPENSES | $ 0 | $ 5333 | $ -5333 |
| CASH PROFIT | $ 0 | $ -4697 | $ 1128 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 0
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 0
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 0

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

## CT Drives, LLC
## Profit & Loss
### September 2012

|  | Sep 12 |
|---|---:|
| **Income** | |
| 4100 · Sales of Products and Goods | 500.00 |
| **Total Income** | 500.00 |
| **Cost of Goods Sold** | |
| 5200 · Development Costs | |
| 5220 · Prototype Costs | 5,008.00 |
| Total 5200 · Development Costs | 5,008.00 |
| 5300 · Reimbursable Expenses | |
| 5310 · Automobile expense | 64.99 |
| 5320 · Travel | 29.70 |
| 5340 · Postage & Freight | 55.50 |
| 5350 · Operating Expense | 23.62 |
| 5390 · Telephone | 72.95 |
| Total 5300 · Reimbursable Expenses | 246.76 |
| **Total COGS** | 5,254.76 |
| **Gross Profit** | -4,754.76 |
| **Expense** | |
| 6200 · Bank Charges | -136.00 |
| 7200 · General and Administrative | |
| 8000 · Patent and Legal Expenses | |
| 8100 · Legal | 325.00 |
| Total 8000 · Patent and Legal Expenses | 325.00 |
| Total 7200 · General and Administrative | 325.00 |
| 7700 · Product Development Expense | |
| 7740 · R&D - Other Development Costs | 396.16 |
| Total 7700 · Product Development Expense | 396.16 |
| **Total Expense** | 585.16 |
| **Net Income** | -5,339.92 |

# CT Drives LLC
## Summary Balance Sheet
### As of September 30, 2012

|  | Sep 30, 12 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 10,884.03 |
| Accounts Receivable | 39,358.45 |
| Other Current Assets | 182,113.42 |
| **Total Current Assets** | 232,355.90 |
| Fixed Assets | 7,203.20 |
| Other Assets | -55,114.14 |
| **TOTAL ASSETS** | 184,444.96 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 76,167.22 |
| Credit Cards | 113.62 |
| Other Current Liabilities | 28,395.57 |
| **Total Current Liabilities** | 104,676.41 |
| Long Term Liabilities | 565,292.72 |
| **Total Liabilities** | 669,969.13 |
| Equity | -485,524.17 |
| **TOTAL LIABILITIES & EQUITY** | 184,444.96 |

# CT Drives, LLC
## Statement of Cash Flows
### September 2012

|  | Sep 12 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -5,339.92 |
| Adjustments to reconcile Net Income to net cash provided by operations: |  |
| 2000 · Accounts Payable | 1,379.97 |
| 2110 · Diners Club | -737.05 |
| Net cash provided by Operating Activities | -4,697.00 |
| Net cash increase for period | -4,697.00 |
| Cash at beginning of period | 15,581.03 |
| Cash at end of period | 10,884.03 |

**UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA    90051-3840

Page 1 of 2
CT DRIVES LLC
Statement Number: 2180064500
9/1/12 - 9/28/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2008

CY30 Z  0 B 0000  0175925-206469    965968

CT DRIVES LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #11-60198
1484 POLLARD ROAD STE 192
LOS GATOS CA 95032

■ *Access account information and key online services using your smartphone with Union Bank's Mobile Business Center. Check balances, make intra-bank transfers, approve wires securely, and view and make decisions on Positive Pay exceptions wherever you have mobile Internet service. To enroll in mobile banking, go to the Online Business Center. To learn more, call your treasury relationship manager or contact Global Treasury Management Sales at 800-883-0285.*

## BUSINESS ESSENTIALS CHECKING SUMMARY

Account Number: 2180064500

| | | | |
|---|---|---|---|
| Days in statement period: 28 | | | |
| Beginning balance on 9/1 | $ | | 15,581.03 |
| Total Credits | | | 636.00 |
| Electronic credits ( 1 ) | | 500.00 | |
| Other credits and adjustments ( 1 ) | | 136.00 | |
| Total Debits | | | -5,333.00 |
| Electronic debits ( 4 ) | | -5,008.00 | |
| Other debits, fees and adjustments ( 1 ) | | -325.00 | |
| Ending Balance on 9/28 | $ | | 10,884.03 |

## CREDITS

### Electronic credits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 9/12 | PAYPAL       TRANSFER  PPD   ***********7GNC | 54423646 | $ 500.00 |

### Other credits and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 9/11 | MISC FEE REVERSAL | 99350911 | $ 136.00 |

## DEBITS

### Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 9/4  | RJS Machine Prod  BILL PYMT   120904  CT DRIVES | 62484514 | $ 2,903.00 |
| 9/10 | RJS Machine Prod  BILL PYMT   120910  CT DRIVES | 62549055 | 1,880.00 |
| 9/21 | RJS Machine Prod  BILL PYMT   120921  CT DRIVES | 62653222 | 75.00 |
| 9/25 | Frank Fitz         BILL PYMT   120925  CONSULTANT | 62692882 | 150.00 |
| | **4 Electronic debits** | Total amount $ | 5,008.00 |

### Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 9/13 | CHECK OR OTHER DEBIT | 47767974 | $ 325.00 |

Case: 11-60198   Doc# 129   Filed: 10/17/12   Entered: 10/17/12 09:22:33   Page 8 of 9

**Union**Bank

Information and Banking Office Services

*For each monthly statement period your account includes:*
- 200 free combined transactions (checks deposited, paid items and deposits)

*For the current monthly statement period you made:*
6 combined transactions.

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 9/1-9/3 | $ 15,581.03 | 9/11 | $ 10,934.03 | 9/21-9/24 | $ 11,034.03 |
| 9/4-9/9 | 12,678.03 | 9/12 | 11,434.03 | 9/25-9/28 | 10,884.03 |
| 9/10 | 10,798.03 | 9/13-9/20 | 11,109.03 | | |