Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Attorneys For Creditors Conntechnical Industries,
Inc. and Positork Distributing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CT DRIVES, LLC,<br><br>             Debtor. | Case No. 11-60198<br><br>Chapter 7<br><br>STIPULATION RE TIME TO REQUEST HEARINGS ON OBJECTIONS TO CLAIMS OF CONNTECHNICAL INDUSTRIES, INC. AND POSITORK DISTRIBUTING, INC.<br><br>[Proposed Order lodged concurrently] |

      Chapter 7 Trustee Fred Hjelmeset (the "Trustee"), on the one side, and Conntechnical Industries, Inc. ("Conntechnical") and Positork Distributing, Inc. ("Positork"), on the other side, hereby stipulate as follows.

I. RECITALS.

      A. Hearings were held on October 9, 2012, regarding Debtor CT Drives, LLC's ("Debtor") motion to confirm a plan of reorganization, and Conntechnical's motion to convert this case to a case under Chapter 7. The Court denied confirmation of the plan and granted Conntechnical's motion to convert, by Orders entered on October 11, 2012 and October 16, 2012 respectfully. The Trustee was duly appointed following entry of the conversion order.

      B. On October 5, 2012, Debtor filed objections (the "Objections") to the Proofs of Claim filed herein by Conntechnical and Positork. The Objections were filed and served pursuant to Local

Rule 9014-1(b)(3), pursuant to which Conntechnical and Positork would be required to file and serve any opposition to the Objections, and/or a request for hearing on the Objections, within 21 days.

C. The Trustee has not yet had an opportunity to determine whether to object to claims, including those of Conntechnical and Positork.

WHEREFORE, the Trustee, on the one side, and Conntechnical and Positork, on the other side, hereby stipulate as follows:

**II. STIPULATION.**

1. Conntechnical and Positork shall have an open extension of time, subject to 21 days' written notice by the Trustee, within which to file and serve any papers in opposition to, and any request for hearing on, the Objections to their respective proofs of claim.

2. The Court is respectfully requested to enter its Order approving this Stipulation.

DATED: October 23, 2012        Respectfully submitted,

_____
FRED HJELMESET
Chapter 7 Trustee

Peter C. Bronson
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation

By: _____
PETER C. BRONSON
Attorneys for Conntechnical and Positork

STIPULATION RE TIME TO REQUEST HEARINGS ON AND OPPOSE OBJECTIONS TO CLAIMS

2