CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                       ) Case No. 11-60198 SLJ 11
                                             )
CT DRIVES, LLC,                              ) CHAPTER 11
                                             )
                Debtor.                      )
                                             ) **DEBTOR'S STATEMENT PURSUANT**
                                             ) **TO FEDERAL RULE OF**
                                             ) **BANKRUPTCY PROCEDURE 1019**
                                             )
                                             )
                                             )
                                             )
                                             )
_____)

     PLEASE TAKE NOTICE that CT Drives, LLC., debtor herein ("Debtor), hereby submits this statement of post-petition payables pursuant to Federal Rule of Bankruptcy Procedure 1019 (5):

| Vendor | Est. Amount |
|---|---|
| Applied Engineering | Invoice#51059 |
| 970 Lonus Street | $16,950.00 |
| San Jose, CA 95126 | |
| | |
| Applied Engineering | Invoice#51115 |
| 970 Lonus Street | $16,950.00 |
| San Jose, CA 95126 | |

---

**DEBTOR'S STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019**

| | | |
|---|---|---|
| 1 | Law Offices of Barry N. Young | Invoice#1697 |
| 2 | P.O. Box 61197 | $446.30/$9,132.91 |
| 3 | Palo Alto, CA 94306 | |
| 4 | Law Offices of Michael G. Ackerman | Invoice#15435 |
| 5 | 2391 The Alameda, Suite 100 | $3,020.56 |
| 6 | Santa Clara, CA 95050 | |
| 7 | Campeau Goodsell Smith | Amount unknown, subject to application to |
| 8 | 440 N. 1st Street, #100 | and order of the Court. |
| 9 | San Jose, CA 95112 | |

Dated: November 14, 2012

CT DRIVES, LLC
/s/ Wayne Higashi
Wayne Higashi, Responsible Individual