Jennifer L. Maffett, Esq. (Ohio Bar #0075334)
Jonathan S. Hawkins, Esq. (Ohio Bar #0082860)
THOMPSON HINE LLP
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
*Counsel for Party-in-Interest, Dayco IP Holdings, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| **In re:** | : | Case No. 11-60198 |
| | : | |
| CT DRIVES, LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | NOTICE OF APPEARANCE AND |
| | : | REQUEST FOR NOTICE |
| | : | |
| | : | [No Hearing Required] |
| | : | |

NOTICE IS HEREBY GIVEN pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Jennifer L. Maffett and Jonathan S. Hawkins of Thompson Hine LLP appear as counsel for Dayco IP Holdings, LLC, a party-in-interest in this Chapter 7 case.

NOTICE IS FURTHER GIVEN that copies of all filed **pleadings** and all **notices** given or required to be given in the above-captioned Chapter 7 case be mailed to, given to, and served upon:

    Jennifer L. Maffett, Esq.
    Jonathan S. Hawkins, Esq.
    Thompson Hine LLP
    Austin Landing I
    10050 Innovation Drive, Suite 400
    Miamisburg, OH 45342
    937.443.6600 (telephone)
    937.443.6635 (facsimile)
    jennifer.maffett@thompsonhine.com
    jonathan.hawkins@thompsonhine.com

1

NOTICE IS FURTHER GIVEN that the foregoing request includes not only pleadings and notices referred to in Bankruptcy Rule 2002, but also includes, without limitation, all other notices and all other pleadings, such as orders, applications, motions, petitions, complaints, demands, or otherwise, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopy or otherwise, that affect the above-captioned Debtor or the property of such Debtor or Debtor's estate.

Dated:  March 27, 2013　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　THOMPSON HINE LLP

　　　　　　　　　　　　　　　　　　　　By /s/Jennifer L. Maffett
　　　　　　　　　　　　　　　　　　　　Jennifer L. Maffett, Esq.
　　　　　　　　　　　　　　　　　　　　Jonathan S. Hawkins, Esq.
　　　　　　　　　　　　　　　　　　　　*Counsel for Party-in-Interest,*
　　　　　　　　　　　　　　　　　　　　*Dayco IP Holdings, LLC*

DEBTOR: CT DRIVES, LLC
BANKRUPTCY # 11-60198

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify:

I am a citizen of the United States and employed in the County of Montgomery, State of Ohio. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is Austin Landing I, 10050 Innovation Drive, Suite 400, Miamisburg, Ohio 45342.

On March 27, 2013, I served the following document:

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

on the following parties:

Scott L. Goodsell, Esq. / William J. Healy, Esq.
Campeau, Goodsell Smith
440 N. 1st Street #100
San Jose, CA 95112

Johnson C.W. Lee, Esq. / Reidun Stromsheim, Esq.
Stromsheim and Associates
201 California Street #350
San Francisco, CA 94111

John S. Wesolowski, Esq.
Office of the United States Trustee
280 S 1st Street #268
San Jose, CA 95113-0002

CT Drives, LLC
1484 Pollard Rd., Suite 192
Los Gatos, CA 95032

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at Miamisburg, Ohio, in the ordinary course of business. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Miamisburg, Ohio, on March 27, 2013.

/s/Mary A. Hicks
Mary A. Hicks, Legal Assistant

3