REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
Four Embarcadero Center, 30th Floor
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:               (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
FRED HJELMESET

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CT DRIVES, LLC

TAX IDN 26-259-2508

      Debtor

Case No. 11-60198 SLJ

Chapter 7

DECLARATION OF PETER BRONSON IN SUPORT OF
APPLICATION TO EMPLOY SPECIAL COUNSEL BY TRUSTEE

I, Peter C. Bronson, hereby declare:

1.     I am an attorney with offices located at 770 L. Street, Suite 950, Sacramento, CA 95814; telephone number 916-444-1110, and the sole shareholder of Law Offices of Peter C. Bronson, A Professional Corporation.   I am authorized to practice before the courts of the state of California.  A copy of my CV is attached hereto as "Attachment A."

2     Except for my representation of the Conntechnical Industries ("CI"), a major creditor in this case, to the best of my knowledge, no member or associate of my firm has represented the above-named debtor in any matter; and no member or associate of my firm has any interest adverse to the debtors or to the estate; and no member or associate of the law firm has, or has ever had, any connection or material relationship with the debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3	No attorney in the law firm has entered into any agreement with any party in interest concerning compensation of the law firm for the services to be rendered to the Trustee, other than as set forth on the Trustee's application.

4	I have agreed to undertake the further investigation and, if warranted, filing and pursuit of the causes of action of the bankruptcy estate for potentially voidable transfers made by the Debtor to its principal, a multitude of companies owned or controlled by the principal, and security interests granted to insiders on a contingency fee basis plus reimbursement of the cost for expenses I incur in representing the Estate, as set forth in the Trustee's Application for Employment of Special Counsel.

5.	I am not a creditor in the case, and understand that although I have represented CI in the past, I will now have the Trustee, and only the Trustee as a client, and that I cannot represent CI in any dispute with the Trustee over the claim of CI.

I declare under penalty of perjury that the foregoing is true and correct, unless stated on information and belief, and as to those matters I believe them to be true.

Executed on August 15, 2013.

/s/   Peter C. Bronson