Entered on Docket
August 26, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
Four Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
FRED HJELMESET

The following constitutes
the order of the court. Signed August 26, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CT DRIVES, LLC

TAX IDN 26-259-2508

    Debtor

Case No. 11-60198 SLJ

Chapter 7

ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL BY TRUSTEE

    The application of Fred Hjelmeset, Trustee of the above estate, for the appointment of special counsel herein for the purposes more particularly set forth in the application, having been presented <u>ex parte</u>, no adverse interest appearing, and it appearing that the matters and the things set forth in the application are true, and the Court being satisfied that the attorneys whom applicant desires to have appointed, The Law Offices of Peter C. Bronson, A Professional Corporation, are disinterested and do not hold or represent an interest adverse to the estate in the matter in which it is being employed, and good cause appearing

    IT IS HEREBY ORDERED that the application for appointment of counsel for the Trustee is approved and The Law Offices of Peter C. Bronson, A Professional Corporation are hereby appointed as special counsel for the Trustee on the terms set forth in the application, for the performance of the particular professional services described in the application.

                                          **END OF ORDER**

# COURT SERVICE LIST

No service required