REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
11445 e. Via Linda, Ste. 2618
Scottsdale, AZ 85259
Telephone: (415) 989-4100

rstromsheim@stromsheim.com

Attorneys for Trustee,
FRED HJELMESET

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CT DRIVES, LLC

TAX IDN 26-259-2508

    Debtor

Case No. 11-60198 SLJ

Chapter 7

SUPPLEMENTAL APPLICATION TO EMPLOY SPECIAL COUNSEL BY TRUSTEE

TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE:

    FRED HJELMESET ("Trustee"), trustee of the above referenced bankruptcy estate, respectfully requests an order authorizing the employment of counsel and, in support thereof, represents as follows:

    1.    An Order for relief under Chapter 11 of Title 11 of the United States Code was entered herein pursuant to a voluntary petition filed by the Debtor on November 1, 2011. The case was converted to Chapter 7 on October 16, 2012, and Fred Hjelmeset is the duly appointed, qualified and acting trustee of the Debtor's estate.

    2.    On August 26, 2013, an order was entered authorizing the employment of Peter C. Bronson, of Peter C. Bronson, A Professional Corporation. ("Bronson") as special counsel for the estate, to pursue potentially voidable transfers, *see* ECF No. 154.

    3.    While pursuing the causes of action, Bronson has determined that it would be advantageous to the claims to file objections to certain claims filed in the case. Bronson is willing to pursue the objections to claim, based on the same contingency fee agreement already in place, and

Case: 11-60198   Doc# 157   Filed: 01/27/15   Entered: 01/27/15 15:51:38   Page 1 of 2

1

Applicant therefore requests that the employment be broadened to include services to be rendered in connection with objections to claims.

WHEREFORE Applicant requests that an order be entered authorizing him to employ The Law Offices of Peter Bronson as his special counsel, at the expense of the estate, to include in his services the preparation of and filing of objections to claim, and taking such other legal action as may be required in the case, related to the avoidance actions, to be compensated for under his contingency fee agreement.

DATED: January 26, 2015

By \_\_\_\_\_/s\_\_\_\_\_ Fred Hjelmeset,
TRUSTEE in *In re CT Drives.*