Peter C. Bronson, Cal. Bar No. 60669
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 444-1110
Facsimile: (916) 361-6046

Special Counsel for Chapter 7
Trustee Fred Hjelmeset

The following constitutes
the order of the court. Signed February 4, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CT DRIVES, LLC<br><br>TAX IDN 26-259-2508<br><br>Debtor. | Case No. 11-60198 SLJ<br><br>Chapter 7 |

ORDER GRANTING TRUSTEE'S SUPPLEMENTAL APPLICATION TO EMPLOY COUNSEL

The Supplemental Application of Chapter 7 Trustee Fred Hjelmeset to authorize his Special Counsel, Peter C. Bronson, of The Law Offices of Peter C. Bronson, A Professional Corporation ("Counsel") to file and pursue objections to certain claims in this case having been presented *ex parte*, no adverse interest appearing, the Supplemental Application having been served on the office of the United States Trustee, and it appearing that the matters and things set forth in the Supplemental Application are true, and the Court being satisfied that Counsel is disinterested and does not hold or represent an interest adverse to the estate in the matter in which it is being employed, and good cause appearing,

IT IS HEREBY ORDERED that the Supplemental Application To Employ Counsel for the Trustee is approved on the terms set forth therein, for the performance of the particular professional services described therein.

**END OF ORDER**

COURT SERVICE LIST

No service required