UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CT DRIVES, LLC<br><br>TAX IDN 26-259-2508<br>     Debtor | Case No. 11-60198<br><br>Chapter 7 |

### NOTICE OF BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

TO ALL CREDITORS AND INTERESTED PARTIES:

   PLEASE TAKE NOTICE that in accordance with the Order Authorizing Trustee To Set Chapter 11 Administrative Claims Bar entered on March 14, 2017, trustee Fred Hjelmeset ("Trustee") hereby provides notice that the bar date for the filing of Chapter 11 administrative claims is set for sixty (60) days from the date of service of this notice.

   All unpaid debts incurred by the Debtor between November 1, 2011 and October 16, 2012, are entitled to be considered as Chapter 11 administrative claims.  In order to participate in the distribution of the assets of the estate, Chapter 11 administrative creditors must file an Chapter 11 Administrative Claim on or before **Tuesday, May 23, 2017,** for post-petition debts incurred by the Debtor while operating under Chapter 11, and setting forth the amount claimed as owed for the time period between November 1, 2011 and October 16, 2012, along with any supporting documents.  A form is attached for your convenience.  <u>(If you are a professional employed under Bankruptcy Code §327, you must file an Application for Compensation to obtain approval of fees.)</u> **IF YOU HAVE ALREADY FILED AN ADMINISTRATIVE CLAIM, YOU DO NOT NEED TO FILE ONE AGAIN.**

   In order to receive Court recognition of your Chapter 11 Administrative Claim, you must file it by one of the following methods:  (1) if you are registered for electronic filing ("ECF"), file via ECF; or (2) by presenting it personally to the Clerk of the Court at the United States Bankruptcy Court, 280 So. 1st Street, San Jose, CA 95113; or (3) or by mailing it to the Clerk of the Court (allowing sufficient time for it to be *received* by the Court on or before December 10, 2012) addressed as follows:

     United States Bankruptcy Court
     280 So. 1st. Street
     San Jose, CA 95113

   In compliance with Rule 9037, Fed. R. Bankr. P., you must redact from all documents, including attachments: all but the last 4 digits of Social Security or taxpayer-identification numbers and financial account numbers; dates of birth; and the names of minor children.  For your records, it is advisable (if you do not file electronically) that you include a self-addressed, stamped envelope to obtain a copy of the filed request for payment of the Chapter 11 administrative claim. Further information may be obtained by contacting counsel for the Trustee at the address listed below.

DATED AND SERVED: March 17, 2017.

                  <u> /s/ Reidun Stromsheim,  SBN 104938 </u>
                  STROMSHEIM & ASSOCIATES
                  Attorneys for Trustee, Fred Hjelmeseth
                  11445 E. Via Linda, Ste. 2618
                  Scottsdale, AZ 85259
                  rstromsheim@stromsheim.com

| UNITED STATES BANKRUPTCY COURT<br>Northern District of California | CHAPTER 11<br>ADMINISTRATIVE<br>CLAIM | |
|---|---|---|
| CT DRIVES, LLC<br>Debtor<br><br>TAX IDN 26-259-2508 | Case No. 11-60198 | |
| | | |
| **NAME OF CREDITOR:**<br>(The person or entity to whom the debtor owes money or property)<br><br><br><br>Name and Address Where Notices Should Be Sent:<br><br><br><br><br><br>Telephone No.: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This space is for<br>COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | This Claim:<br>☐ Replaces a previously filed claim dated _____<br>☐ Amends a previously filed claim dated _____ | |
| 1. BASIS FOR CLAIM:<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>Your Social Security Number  xxx-xx-_____<br>Unpaid compensation for services performed<br>from _____ to _____<br>    (Date)        (Date) | |
| 2. DATE DEBT WAS INCURRED: [only debts incurred between September 26, 2011 and June 18, 2012]<br><br>3. AMOUNT OF CLAIM: $_____ | | |
| 4. SUPPORTING DOCUMENTS:<br>Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary. In compliance with Rule 9037, Fed.R.Bankr.Procedure, you must redact from all documents, including attachments:  all but the last 4 digits of Social Security or taxpayer-identification numbers and financial account numbers; dates of birth; and the names of minor children<br><br>5. TIME-STAMPED COPY:<br>To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | |

| DATE: | SIGNATURE:<br>(Sign and print the name and title, if any, of the creditor or other person authorized to file this claim. Attach a copy of power of attorney, if any.) |
|---|---|
|  |  |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# PROOF OF SERVICE

I work in the County of Maricopa, State of Arizona. I am over the age of eighteen years and not a party to the within case; my business address is 11445 E. Via Linda, Ste 2618, Scottsdale, AZ 85259. On this day I caused to be served the document(s) listed below:

**NOTICE OF BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS**
**ADMINISTRATIVE CLAIM FORM**

on the parties on the attached **CREDITOR MAILING MATRIX,** which unedited list was provided by the U.S. Bankruptcy Court at the date and time shown thereon.

True copies of the Notice, addressed to the parties on the service list and sealed for mailing, were provided to the mailing department of Fong Bros. Printing, Inc., where first class postage was affixed to each. I am familiar with Fong Bros. Printing, Inc.'s business practices, wherein correspondence received for processing by their mailing department will be deposited this day in the U.S. Mail at Brisbane, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed, on March 17, 2017

                                                                /s/        Reidun Strømsheim

| | | |
|---|---|---|
| Motorcar Parts of America, Inc.<br>2929 California Street<br>Torrance, CA 90503-3914 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Andrea O. Costello<br>1153 S 17th Street<br>Cottonwood, AZ 86326-8902 |
| Andrea Welsh pka Andrea O. Costello<br>P.O. Box 1695<br>El Mirage, AZ 85335-1695 | Applied Engineering<br>970 Lonus Street<br>San Jose, CA 95126-3779 | Arne Schonert<br>11424 Worden Road<br>Mokelumne Hill, CA 95245-9657 |
| (p)BARRY N YOUNG DBA LAW OFFICES OF BARRY N Y<br>PO BOX 61197<br>PALO ALTO CA 94306-6197 | Bette L. Mueting<br>27867 Espinoza<br>Mission Viejo, CA 92692-2152 | Bette Muetting<br>27867 Espinoza<br>Mission Viejo, CA 92692-2152 |
| CATLIZ Enterprises<br>1037 Ruf Road<br>Colfax, CA 95713-9517 | CLIENT NAME<br>c/o Patric J. Kelly, Esq.<br>ADLESON, HESS & KELLY, APC<br>577 Salmar Avenue, Second Floor<br>Campbell, CA 95008-1453 | Conntechnical Industries, Inc<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588-7101 |
| Conntechnical Industries, Inc.<br>c/o Law Offices of Peter C. Bronson, APC<br>770 L Street, Suite 950<br>Sacramento, CA 95814-3361 | Conntecnical Industries, Inc<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588-7101 | Corrie Rudd<br>2797 Lantz Avenue<br>San Jose, CA 95124-1419 |
| Dana W. Rasmussen<br>998 Crestview Drive<br>San Carlos, CA 94070-3455 | Davenport/Zufali Revocable Trust<br>620 LaCrosse Drive<br>Morgan Hill, CA 95037-5353 | Davenport/Zufall Revocable Trust<br>620 La Crosse Drive<br>Morgan Hill, CA 95037-5353 |
| Dayco IP Holdings, LLC<br>c/o Jennifer L. Maffett, Esq.<br>10050 Innovation Drive, Suite 400<br>Miamisburg, OH 45342-4934 | Douglas & Tomoko Higashi<br>13028 East Semora Drive<br>Cerritos, CA 90703-8629 | Douglas Drucker<br>3803 Bascom Avenue, Suite 210<br>Los Gatos, CA 95032 |
| Douglas Drucker<br>3833 Bascom Avenue, Suite 210<br>Los Gatos, CA  95032 | Douglas P Crane Family Trust<br>1720 Avenida del Mundo #1004<br>Coronado, CA 92118-3033 | Employment Development Department<br>Bankruptcy Group MIC 92EPO Box 8268<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>PO Box 8268<br>Sacramento, CA 94280-0001 | Eugene Flath<br>PO Box 123<br>5436 Deer Harbor Rd<br>Deer Harbor, WA 98243-0123 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |

| | | |
|---|---|---|
| Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Frank Family Trust dtd 12/28/83<br>46975 Ocotillo Court<br>Fremont, CA 94539-7204 | Frank Mandarino<br>272 Casitas Bulevar<br>Los Gatos, CA 95032-1118 |
| Frank Mandarino 1995 Inter Vicos Tr<br>150 Altura Vista<br>Los gatos, CA 95032-1160 | Frank Mandarino 1995 Inter Vicos Tr<br>272 Casitas Bulevar<br>Los Gatos, CA 95032-1118 | Frank Mandarino 1995 Inter Vivos Trust<br>272 Casitas Bulevar<br>Los Gatos, CA 95032-1118 |
| G. Edward & Sandra K. Mitchell<br>222B Oak Meadow Drive<br>Los Gatos, CA 95032-4458 | G. Edward & Sandra Mitchell<br>222B Oak Meadow Drive<br>Los Gatos, CA 95032-4458 | GB Productions, Inc.<br>2400 East Main Street Suite 103-160<br>St. Charles, IL 60174-2415 |
| GB Productions, Inc.<br>C/O Kathy Braun<br>2956 Husking Peg Lane<br>Geneva, IL 60134-4655 | Gary A. Arter<br>320 Indiana Street<br>Baldwin City, KS 66006-5006 | Greg Braun<br>2956 Husking Peg Lane<br>Geneva, IL 60134-4655 |
| Greg Braun<br>PO Box 345<br>309 Gerald Street<br>Osceola, WI 54020-8054 | Henry O'Hara<br>505 Hamilton Avenue<br>Palo Alto, CA 94301-2013 | Higashi Family Trust<br>107 Las Uvas Court<br>Los Gatos, CA 95032-1102 |
| ITLMC<br>1484 Pollard Road, PMB#192<br>Los Gatos, CA 95032-1031 | Innovative Tech Lic & Mgmt Co<br>1484 Pollard Road, Suite 192<br>Los Gatos, CA 95032-1031 | Innovative Tech Lic & Mgmt Corp<br>1481 Pollard Road, Suite 192<br>Los Gatos, CA  95032 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Technology<br>Licensing Mgt. Co.<br>1484 Pollard Road, PMB#192<br>Los Gatos, CA 95032-1031 | James & Judith Daniels Family Trust<br>231 Ironwood Lane<br>Redding , CA 96003-5344 |
| James C & Jeanne Knight Wu, Trustee<br>67 Marsh Rd<br>Atherton, CA 94027-2046 | Janiece Prieur<br>2835 Timberline Court<br>San Jose, CA 95121-1021 | Jay R. Simon<br>13031 Reddington Road<br>Tucson, AZ 85749-9732 |
| Joseph A. McCormack<br>1074 E. San Lucas Road<br>Palm Springs, CA 92264-0636 | Kathy Braun<br>1472 South Tyler Road<br>St. Charles, IL 60174-4578 | Kathy Braun<br>2956 Husking Peg Lane<br>Genevea, IL 60134-4655 |
| LANLOGIC<br>c/o Art Closson<br>248 Rickenbacker Circle<br>Livermore, CA 94551-7615 | Lafferty Family Trust<br>14464 Evans Lane<br>Saratoga, CA 95070-5602 | Laurence & Anna Marie Boucher, TTEE<br>20605 Montalvo Heights<br>Saratoga, CA 95070-6337 |

| | | |
|---|---|---|
| Law Offices of Michael G. Ackerman<br>2391 The Alameda, Suite 100<br>Santa Clara, CA 95050-6011 | Leckrone Law<br>4010 Moorpark Ave Ste 215<br>San Jose, CA 95117-1843 | Linda O' Hara<br>228 Morris Ranch Road<br>Danville, CA 94526-4829 |
| Marangell Living Trust<br>12000 Moody Springs Court<br>Los Altos Hills, CA 94022-4468 | Marangell Living Trust<br>12000 Moody Springs Court<br>Los Altos, CA 94022-4468 | Mary Wilson<br>PO Box 1290<br>Kingston, WA 98346-1290 |
| Michael & Kathy Briggs<br>6110 Heathercreek Way<br>San Jose, CA 95123-4724 | Nicolas & Alison Cabel<br>1718 Marhsall Court, Apt. A<br>Los Altos, CA 94024-7277 | Nicolas & Alison Cabel<br>4 Woodfern St<br>Portola Valley, CA 94028-8053 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Office of the United States Trustee<br>280 S First St., Rm 263<br>San Jose, CA 95113-3002 | P. Louis Bump<br>1650 Douglas Avenue, Apt. 4312<br>North Providence, RI 02904-7625 |
| P. Louis Bump<br>Bahnhofstr. 36<br>Postbox 60<br>8702 Zoilikon, Switzerland 8702 | PERISHO<br>c/o Louis Ramirez<br>355 Santana Row, Suite 2000<br>San Jose, CA 95128-2052 | Palochak Family Trust dtd 10/26/200<br>227 Chico Avenue<br>Santa Cruz, CA 95060-6237 |
| Palochak Family Trust dtd 10/26/2000<br>227 Chico Avenue<br>Santa Cruz, CA 95060-6237 | Patrick & Patricia Killen<br>110 Belgen Way<br>Los Gatos, CA 95032-5147 | Patterson Family Trust<br>356 Bachman Court<br>Los Gatos, CA 95030-5219 |
| Patterson Family Trust<br>356 Bachman Ct.<br>Los Gatos, CA 95030-5219 | Pensco Trust Company<br>Cust. FBO Joseph A. McCormack IRA #<br>3374 Floyd Terrace<br>Los Angeles, CA 90068-1448 | Perfect Fit Industries, Inc.<br>Shannonweg 72-74<br>3197 LH Roterdam-Botlek<br>The NEtherlands |
| Peter C. Bronson<br>Law Offices of Peter C. Bronson, APC<br>770 L Street, Suite 950<br>Sacramento, CA 95814-3361 | Positork<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588-7101 | Positork Distributing, Inc.<br>c/o Law Offices of Peter C. Bronson, APC<br>770 L St. # 950<br>Sacramento, CA 95814-3361 |
| RJS Machine Parts<br>1249 Dell Avenue<br>Campbell, CA 95008-6630 | Robert Douglas Holby<br>274 Kerrisdale Ridge<br>Medford, OR 97504 | Robert Douglas Holtby<br>2741 Kerrisdale Ridge<br>Medford, OR 97504-5753 |
| Robert Lux<br>16376 Belmont Ct.<br>Monte Sereno, CA 95030-5201 | Scott L. Goodsell, Esq.<br>440 N. 1st St., #100<br>San Jose, CA 95112-4024 | Seigi Tadokoro<br>6771 Hampton Drive<br>San Jose, CA 95120-5533 |

| | | |
|---|---|---|
| Sharon Wallace<br>45 Moonbeam Ct.<br>Sparks, NV 89441-7216 | Stephen Shear<br>66027 E. Catalina Hills Drive<br>Tucson, AZ 85739-1346 | Steven Higashi<br>3475 Grossmont Dr<br>San Jose, CA 95132-3120 |
| Sydelle Salkin<br>408 Helen Circle<br>Narbeth, PA 19072-1222 | Theodore Werner<br>1842 Winding River Court<br>Manteca, CA 95337-8249 | Theordore Werner<br>1842 Winding River Court<br>Manteca, CA 95337-8249 |
| Thomas Bahrick<br>1960 The Alameda<br>San Jose, CA 95126-1441 | Thomas L. Bahrick<br>1744 Campbell Avenue<br>San Jose, CA 95125-5507 | Wayne Higashi<br>107 Las Uvas Court<br>Los Gatos, CA 95032-1102 |
| Wendy Hampton<br>33 Vandewater Street, # 103<br>San Francisco, CA 94133-1968 | c/o Kathy Braun<br>2956 Husking Peg Lane<br>Geneva, IL 60134-4655 | Fred Hjelmeset<br>P.O.Box 4188<br>Mountain View, CA 94040-0188 |
| Jay D. Crom<br>Bachecki, Crom & Company, LLP<br>400 Oyster Point Blvd. Suite 106<br>South San Francisco, CA 94080-1917 | Scott L. Goodsell<br>Campeau, Goodsell Smith<br>440 N. 1st St. #100<br>San Jose, CA 95112-4024 | Steve Kratz<br>2929 California Street<br>Torrance, CA 90503-3914 |
| William J. Healy<br>Campeau, Goodsell and Smith<br>440 N 1st St. #100<br>San Jose, CA 95112-4024 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Barry N. Young<br>200 Page Mill Road, Ste 102<br>Palo Alto, CA 94306 | (d)Barry N. Young<br>200 Page Mill Road, Ste 102<br>Palo Alto, CA 94306 | (d)Barry Young<br>200 Page Mill Road, Suite 102<br>Palo Alto, CA 94306-2061 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ConnTechnical Industries | (u)Dayco IP Holdings, LLC | (d)CATLIZ Enterprises<br>1037 Ruf Road<br>Colfax, CA 95713-9517 |

| | | |
|---|---|---|
| (d)Conntechnical Industries, Inc<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588-7101 | (d)Conntecnical Industries, Inc<br>4900 Hopyard Road, #100<br>Pleasanton, CA 94588-7101 | (d)Dana W. Rasmussen<br>998 Crestview Drive<br>San Carlos, CA 94070-3455 |
| (d)Frank Family Trust dtd 12/28/83<br>46975 Ocotillo Court<br>Fremont, CA 94539-7204 | (d)G. Edward & Sandra K. Mitchell<br>222B Oak Meadow Drive<br>Los Gatos, CA 95032-4458 | (u)GB Productions, Inc. |
| (d)Innovative Tech Lic & Mgmt Corp<br>1484 Pollard Road, Suite 192<br>Los Gatos, CA 95032-1031 | (d)Innovative Tech. Lic. & Mgmt Corp<br>1484 Pollard Road, Suite 192<br>Los Gatos, CA 95032-1031 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (d)Law Offices of Michael G. Ackerman<br>2391 The Alameda, Suite 100<br>Santa Clara, CA 95050-6011 | (d)Michael & Kathy Briggs<br>6110 Heathercreek Way<br>San Jose, CA 95123-4724 | (d)Perfect Fit Industries, Inc.<br>Shannonweg 72-74<br>3197 LH Roterdam-Botlek<br>The Netherlands |
| (d)RJS Machine Parts<br>1249 Dell Avenue<br>Campbell, CA 95008-6630 | (d)Seigi Tadokoro<br>6771 Hampton Drive<br>San Jose, CA 95120-5533 | (d)Thomas L. Bahrick<br>1744 Campbell Avenue<br>San Jose, CA 95125-5507 |
| (u)see attached | (u)SCOTT  L.  GOODSELL | (u)Wayne K. Higashi |

End of Label Matrix
Mailable recipients   105
Bypassed recipients    21
Total                 126