FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

CT DRIVES, LLC,

        Debtor.

Case No. 11-60198 SLJ7

Chapter 7

## TRUSTEE'S REPORT OF TRANSACTION

COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc#171, authorizing and approving the settlement between the estate and the four defendants Thomas L. Bahrick ($4,000), Perisho Tombor Brown, PC ($4,000), Lanlogic, Inc. ($4,000), and Barry N. Young ($10,000) in the adversary proceeding *Hjelmeset v. Higashi, et al*., AP No. 13-05154, the transaction has been completed.

The estate has received the sum of **$22,000.00**.

DATED:    This 9th day of October, 2017.

                                                                                              /s/ Fred Hjelmeset
                                                                                    Fred Hjelmeset, Chapter 7 Trustee