CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st St., #200
San Jose, California 95112
Telephone: (408) 295-9555

ATTORNEYS FOR
Campeau Goodsell Smith, L.C.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re: ) Case No. 15-50801
)
ROBERT S. BROWER, Sr., ) CHAPTER 11
)
) **NOTICE OF CHANGE OF ADDRESS**
Debtor. )
)

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR ROBERT S. BROWER, SR., ALL INTERESTED PARTIES, AND ALL PARTIES ENTITLED TO NOTICE:**

NOTICE IS HEREBY GIVEN that effective November 21, 2018 the address for Campeau Goodsell Smith, L.C. ("CGS"), and its attorneys William J. Healy and Scott L. Goodsell, has changed as follows:

      Campeau Goodsell Smith, L.C.
      440 N. 1st St., #200
      San Jose, CA 95112
      408-295-9555

This change of address only (1) changes the suite number and deletes the fax number.

All other information, including email addresses, remain unchanged.

Dated: November 21, 2018

      CAMPEAU GOODSELL SMITH
      /s/ William J. Healy
      William J. Healy