**Peter C. Bronson, Cal. Bar No. 60669**
**LAW OFFICES OF PETER C. BRONSON**
**A Professional Corporation**
**770 L Street, Suite 950**
**Sacramento, California 95814**
**Telephone:  (916) 444-1110**
**Facsimile:  (916) 361-6046**

Special Counsel for Chapter 7 Trustee Fred Hjelmeset

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-60198 SLJ |
| **CT DRIVES, LLC,** | Chapter 7 |
| **TAX IDN 26-259-2508,** | **TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE** |
| Debtor. | |

---

**PARTIES RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES**

**AND THEIR DISPUTED CLAIMS IDENTIFIED ON EXHIBIT A HERETO**

---

TO ALL INTERESTED PARTIES:

Chapter 7 Trustee Fred Hjelmeset (the "Trustee") hereby files this objection (the "Objection"), pursuant to 11 U.S.C. Sections 502 and 726 and Rule 3007 of the Federal Rules of Bankruptcy Procedure ("FRBP"), to each of the Proofs of Claim filed against debtor CT Drives, LLC ("Debtor") and Debtor's estate that are listed on Exhibit A hereto (collectively, the "Subject Claims").

As set forth in Bankruptcy Local Rule ("BLR") 9013-1(b) and (d), to the extent the basis for the objection relies on legal assertions, such assertions must be supported by a memorandum of points and authorities.

The basis for the objection is that although the Proofs of Claim describe each of the Subject Claims as a secured claim, there is no basis for allowance of any of such Claims as a secured claim; each should be deemed to be a claim of interest, by virtue of the fact that each of the claimants in question ("Claimants") was an equity holder of Debtor as of the petition date, and the Subject Claims are based on money allegedly invested prepetition by Claimants who were equity holders as of the petition date. The Trustee will ask the Court to enter an Order providing that each of the Disputed Claims should be denied and/or recharacterized as a claim of interest, in the principal amount of the subject Proof of Claim, and that no payment may be made to the claimants in question unless and until all allowed unsecured proofs of claim have been paid in full.

NOTICE IS HEREBY GIVEN, pursuant to FRBP 3007, as modified by B.L.R. 3007-1(c) and 9014-1, that:

(1) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing the notice;

(2) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(3) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

(4) In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

## **Jurisdiction**

1.      The Court has jurisdiction to consider this Objection pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      The statutory predicates for the relief requested herein are 11 U.S.C. Sections 502 and 726; Rules 3001, 3003, 3007 and 9014 of the Federal Rules of Bankruptcy Procedure; and Rule 3007-1 of the Local Rules of this Court.

## **Background**

3.      Debtor commenced a case under Chapter 11 on November 1, 2011 (the "Petition

TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS

Date"). The case was converted to one under Chapter 7 by Order entered October 16, 2012. The Trustee is the duly appointed Chapter 7 Trustee for Debtor.

4. On or about February 19, 2013, the forty-nine Subject Claims all were filed by attorney Patric J. Kelly on behalf of the respective Claimants. Each of the proofs of claim identifies the respective claim as being secured by virtue of a UCC-1 Financing Statement, based on promissory notes sold by the Debtor to its prepetition equity holders.

5. Each of the Claimants is identified by Debtor's List of Equity Security Holders, filed November 4, 2011, as being an equity security holder in the Debtor as of October 31, 2011 (the day before the filing of Debtor's Chapter 11 petition).[1]

**Relief Requested; Legal Basis for Relief**

6. Each of the Claimants was an equity holder in the Debtor at all relevant times.

7. Each of the Subject Claims was filed on February 19, 2013, by the same attorney. Each claim is based on the respective Claimant's alleged purchase of a Secured Promissory Note from the Debtor in or about June 2011. All of the Notes were substantively identical except for their dollar amounts. Each note purported to grant the respective Claimant a security interest in all assets of the Debtor. Each Claimant also received a UCC-1 financing statement reflecting such alleged security interest.[2] The Note, UCC-1 and Security Agreement executed in favor of Debtor's principal, Wayne K. Higashi, were typical of all the other Claimants' documents. True copies of each of said documents are attached as Exhibit C. Neither the Debtor nor the Claimants treated the transactions as loans. Among other things: None of the Claimants asked for or received either the interest or principal payments required under the purported notes. The Claimants did not demand security interests in exchange for what were, in fact, contributions to capital. The Debtor neither created nor maintained any sinking fund in order to prepare for repayment; Debtor's records and actions showed no intention to make repayment. The Debtor's ability, if any, to repay the Claimants

---

[1] A true copy of the List of Equity Security Holders is attached hereto as Exhibit B for ease of reference.

[2] Identifying the purported collateral as "all assets of the debtor" is an insufficient identification of the collateral. Cal. Comm. Code § 9108(c).

Case: 11-60198    Doc# 177    Filed: 04/05/19    Entered: 04/05/19 14:22:35    Page 3 of 24

for their advances depended on the success of Debtor's business; but Debtor never had the intent or ability to make repayment. The actions of the Debtor and Claimants, and the economic reality of the circumstances, show that while the parties may have called the cash infusions "loans", they were intended to be capital contributions.

8.      Under these circumstances, the alleged monetary claims should be treated and recharacterized as equity interests, not claims. *Official Committee of Unsecured Creditors v. Hancock Park Capital II, L.P. (In re Fitness Holdings Int'l, Inc.),* 714 F.3d 1141, 1148 (9th Cir. 2013); *Autobacs Strauss, Inc. v. Autobacs Seven Co., Ltd. (In re Autobacs Strauss, Inc.),* 473 B.R. 525, 572 (Bankr. D. Del. 2012); *Patel v. Shubh Hotels, LLC (In re Shubh Hotels Pittsburgh LLC),* 476 B.R. 181, 187 (Bankr. W.D. Pa. 2012) (the hope of getting paid out of future profits "is exactly what characterizes an equity investor").

9.      Claims of equity holders are paid, if at all, only after all general unsecured creditors have been paid in full. 11 U.S.C. §§ 726(a)(5), (6); *Patel, supra*, 476 B.R. at 190; *see In re Washington Mutual, Inc.,* 442 B.R. 314, 357 (Bankr. D. Del. 2011).

10.     Once a claim is recharacterized as an equity interest, the claim should be disallowed under Bankruptcy Code Section 502.

11.      Accordingly, the Subject Claims should either be denied or recharacterized as interests, and the Order so establishing should also provide that no payment may be made on any of the Subject Claims unless and until all general unsecured claims have been paid in full.

12.     There is an additional reason why the Subject Claims must be denied.  The estate holds only $62,000, all of which is comprised of the proceeds from recovery or settlement of fraudulent transfer claims pursuant to Bankruptcy Code Sections 548 and 550.[3]  All recoveries under the Code's avoiding powers belong to the estate, and not to the debtor *qua* debtor, *i.e.*, not to secured creditors; their liens do not attach to such funds.  *In re Tek-Aids, Inc.*, 145 B.R. 253, 256 (Bankr. N.D. Ill. 1992).  Section 552(a) of the Bankruptcy Code expressly provides that property acquired by

---

[3] *See* Order Approving Compromise entered October 6, 2017, approving settlements with Thomas L. Bahrick ($4,000), Perisho Tombor Brown, PC ($4,000), Lanlogic, Inc. ($4,000) and Barry N. Young ($10,000), and Judgment entered July 16, 2018 (against Robert Marangell for $40,000).

Case: 11-60198   Doc# 177   Filed: 04/05/19   Entered: 04/05/19 14:22:35   Page 4 of 24

the estate post-petition is not subject to any lien resulting from any pre-petition security agreement.

**Reservation of Rights**

13.     The Trustee hereby reserves the right to object in the future to any Proofs of Claim filed in this case.  Separate notice will be provided for any such objection.

**Compliance with Applicable Rules**

14.     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee has provide all Claimants and other parties in interest with appropriate notice of this Objection.  The Objection complies with Local Rule 3007-1 in all material respects.  To the extent that Local Rule 3007-1 otherwise would require the Trustee to attach to this Objection all 49 of the Claims, the Trustee respectfully requests relief from any such obligation.

WHEREFORE, the Trustee respectfully requests that the Court enter its Order granting the relief requested herein, and granting such other and further relief as the Court may deem appropriate.

DATED:  April 5, 2019                                    Respectfully submitted,

Peter C. Bronson
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation

By:_____
         Peter C. Bronson
Attorneys for Fred Hjelmeset, Chapter 7 Trustee

Case: 11-60198    Doc# 177    Filed: 04/05/19    Entered: 04/05/19 14:22:35    Page 5 of 24

# EXHIBIT A

IN RE CT DRIVES, LLC, CASE NO. 11-60198
FIRST OMNIBUS OBJECTION TO CLAIMS
EXHIBIT A – PROOFS OF CLAIM THAT SHOULD BE DEEMED EQUITY INTERESTS[1]

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|
| Gary Arter c/o Michael Arter 320 Indiana Street Baldwin CIty, KS 66006 | 8 | Secured | $35.70 | Interest holder | $35.70 |
| Thomas Bahrick 1960 The Alameda San Jose, CA 95126 | 9 | Secured | $10,150.00 | Interest holder | $10,150.00 |
| Laurence & Anna Marie Boucher 20605 Montalvo Heights Saratoga, CA 95070 | 10 | Secured | $1,006.74 | Interest holder | $1,006.74 |
| Greg Braun 2956 Husking Pag Lane Geneva, IL 60134-4655 | 11 | Secured | $265.93 | Interest holder | $265.93 |
| Kathy Braun 2956 Husking Pag Lane Geneva, IL 60134-4655 | 12 | Secured | $265.93 | Interest holder | $265.93 |

[1] REASON FOR OBJECTION TO EACH LISTED CLAIM: The subject Proof of Claim was filed as an alleged proof of secured claim. However, in each instance, the claimant was a pre-petition equity holder in the Debtor. The claims should be recharacterized as proofs of interests, rather than proofs of claim, and cannot be paid unless and until all general unsecured claims have been paid in full.

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|
| Michael & Kathy Briggs<br>6110 Heathercreek Way<br>San Jose, CA 95123 | 13 | Secured | $511.00 | Interest holder | $511.00 |
| P. Louis Bump<br>1650 Douglas Ave., Apt. 4312<br>North Providence, RI 02904 | 14 | Secured | $1,015.00 | Interest holder | $1,015.00 |
| Nicolas & Alison Cabell<br>1718 Marshall Court, Apt. A<br>Los Altos, CA 94024 | 15 | Secured | $2,460.36 | Interest holder | $2,460.36 |
| Doulas P. Crane Family Trust<br>1720 Avenida del Mundo #1004<br>Coronado, CA 92118-3029 | 17 | Secured | $341.04 | Interest holder | $341.04 |
| James & Judith Daniels Family Trust<br>231 Ironwood Lane<br>Redding, CA 96003 | 18 | Secured | $2,040.00 | Interest holder | $2,040.00 |
| Davenport/Zufall Revocable Trust<br>620 LaCrosse Drive<br>Morgan Hill, CA 95037 | 19 | Secured | $1,734.00 | Interest holder | $1,734.00 |
| Douglas Drucker<br>3833 Bascom Avenue, Suite 210<br>Los Gatos, CA 95032 | 20 | Secured | $2,295.00 | Interest holder | $2,295.00 |

2

EXHIBIT A TO OMNIBUS OBJECTION

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|
| Eugene Flath<br>5436 Deer Harbor Road<br>Deer Harbor, WA 98243 | 21 | Secured | $1,522.50 | Interest holder | $1,522.50 |
| Frank Family Trust dtd 12/28/83<br>46975 Ocotillo Court<br>Fremont, CA 94539 | 22 | Secured | $2,300.00 | Interest holder | $2,300.00 |
| GB Productions, Inc. c/o Kathy Lenz<br>2956 Husking Peg Lane<br>Geneva, IL 60138 | 23 | Secured | $2,000.00 | Interest holder | $2,000.00 |
| Douglas & Tomoko Higashi<br>13028 Semora Drive<br>Cerritos, CA 90703 | 24 | Secured | $10,150.00 | Interest holder | $10,150.00 |
| Higashi Family Trust<br>107 Las Uvas Court<br>Los Gatos, CA 93032 | 25 | Secured | $15,300.00 | Interest holder | $15,300.00 |
| Steven Higashi<br>3475 Grossmont Drive<br>San Jose, CA 95132 | 26 | Secured | $3,686.50 | Interest holder | $3,686.50 |
| Wayne Higashi<br>107 Las Uvas Court<br>Los Gatos, CA 95032 | 27 | Secured | $10,150.00 | Interest holder | $10,150.00 |

3

EXHIBIT A TO OMNIBUS OBJECTION

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|------|-----------|----------------------|------------------------|-------------|--------------|
| Robert Douglas Holtby<br>2741 Kernsdale Ridge<br>Medford, OR 97504 | 28 | Secured | $58.87 | Interest holder | $58.87 |
| Innovative Technologies Licensing and Management Corporation<br>1484 Pollard Road, Suite 192<br>Los Gatos, CA 95032 | 29 | Secured | $51,193.41 | Interest holder | $51,193.41 |
| Patrick & Patricia Killen<br>110 Belglen Way<br>Los Gatos, CA 95032 | 30 | Secured | $175.74 | Interest holder | $175.74 |
| Lafferty Family Trust<br>14464 Evans Lane<br>Saratoga, CA 95070 | 31 | Secured | $2,033.05 | Interest holder | $2,033.05 |
| Lanlogic c/o Art Closson<br>248 Rickenbacker Circle<br>Livermore, CA 94551 | 32 | Secured | $6,090.00 | Interest holder | $6,090.00 |
| Leckrone Law<br>20883 Stevens Creek Blvd., Ste. 100<br>Cupertino, CA 95014 | 33 | Secured | $300.00 | Interest holder | $300.00 |
| Robert Lux<br>16376 Belmont Ct.<br>Monte Sereno, CA 95030-5021 | 34 | Secured | $170.52 | Interest holder | $170.52 |

4

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|
| Frank Mandarino 1995 Inter Vivos Trust<br>272 Casitas Bulevar<br>Los Gatos, CA 95032-1118 | 35 | Secured | $360.33 | Interest holder | $360.33 |
| Marngell [sic] Living Trust<br>12000 Moody Springs Court<br>Los Altos, CA 94022 | 36 | Secured | $10,150.00 | Interest holder | $10,150.00 |
| Joseph A. McCormack<br>1074 E. San Lucas Road<br>Palm Springs, CA 92264 | 37 | Secured | $176.46 | Secured | $176.46 |
| G. Edward & Sandra K. Mitchell<br>222B Oak Meadow Drive<br>Los Gatos, CA 95030 | 38 | Secured | $3,400.25 | Interest holder | $3,400.25 |
| Henry O'Hara<br>505 Hamilton Avenue<br>Palo Alto, CA 94301 | 39 | Secured | $1,000.00 | Interest holder | $1,000.00 |
| Linda O'Hara<br>228 Morris Ranch Road<br>Danville, CA 94526 | 40 | Secured | $176.61 | Interest holder | $176.61 |
| Palochak Family Trust dtd 10/26/2000<br>227 Chico Avenue<br>Santa Cruz, CA 95060 | 41 | Secured | $2,787.66 | Interest holder | $2,787.66 |

EXHIBIT A TO OMNIBUS OBJECTION

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|
| Patterson Family Trust<br>356 Bachman Court<br>Los Gatos, CA 95030 | 42 | Secured | $1,015.00 | Interest holder | $1,015.00 |
| Pensco Trust Company/Joseph A.<br>McCormack<br>1074 E. San Lucas Road<br>Palm Springs, CA 92264 | 43 | Secured | $2,883.56 | Interest holder | $2,883.56 |
| Perisho Tombor Ramirez Filler<br>& Brown<br>1901 South Bascom Avenue, Suite 600<br>Campbell, CA 95008 | 44 | Secured | $10,150.00 | Interest holder | $10,150.00 |
| Janiece Prieur<br>2835 Timberline Court<br>San Jose, CA 95121 | 45 | Secured | $510.00 | Interest holder | $510.00 |
| Dana W. Rasmussen<br>998 Crestview Drive<br>San Carlos, CA 94070 | 46 | Secured | $154.02 | Interest holder | $154.02 |
| Corrie Rudd<br>2797 Lantz Avenue<br>San Jose, CA 95128 | 47 | Secured | $203.00 | Interest holder | $203.00 |

6

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|
| Sydelle Salkind<br>408 Helen Circle<br>Narberth, PA 19072 | 48 | Secured | $507.50 | Interest holder | $507.50 |
| Arne Schonert<br>3180 Roland Court<br>Pollack Pines, CA 95726 | 50 | Secured | $209.09 | Interest holder | $209.09 |
| Stephen Shear<br>66027 E. Catalina Hills Drive<br>Tucson, AZ 85739 | 49 | Secured | $1,206.00 | Interest holder | $1,206.00 |
| Jay R. Simon<br>13031 Reddington Road<br>Tucson, AZ 85749 | 51 | Secured | $338.64 | Interest holder | $338.64 |
| Seigi Tadokoro<br>6771 Hampton Drive<br>San Jose, CA 95120 | 52 | Secured | $1,324.59 | Interest holder | $1,324.59 |
| Sharon Wallace<br>45 Moonbeam Court<br>Sparks, NV 89441 | 53 | Secured | $74.46 | Interest holder | $74.46 |
| Andrea Welsh<br>P.O. Box 1695<br>El Mirage, AZ 85335 | 16 | Secured | $100.50 | Interest holder | $100.50 |

7

EXHIBIT A TO OMNIBUS OBJECTION

| NAME | CLAIM NO. | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | CLAIM CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|
| Theodore Werner<br>1842 Winding River Court<br>Manteca, CA 95337 | 54 | Secured | $2,525.00 | Interest holder | $2,525.00 |
| Mary Wilson<br>P.O. Box 1290<br>Kingston, WA 98346 | 55 | Secured | $2,040.00 | Interest holder | $2,040.00 |
| James C. & Jeanne Knight Wu Trust<br>67 Marsh Road<br>Atherton, CA 94027 | 56 | Secured | $493.29 | Interest holder | $493.29 |
| Barry Young<br>200 Page Mill Road, Suite 102<br>Palo Alto, CA 94306-2061 | 57 | Secured | $10,150.00 | Interest holder | $10,150.00 |

# EXHIBIT B

In re: CT Drives, LLC                                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Wayne K. Higashi, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  10/31/11

Wayne K. Higashi, Manager
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

# CT Drives LLC
## List of Unit Holders by Size
### September 30, 2011

| UNIT HOLDER NAME | | FIRST NAME | NO. UNITS | % OWNED |
|---|---|---|---|---|
| HIGASHI | | WAYNE | 935,076 | 27.257% |
| MARANGELL | | ROBERT | 480,000 | 13.992% |
| FITZ | A | FRANK | 423,692 | 12.351% |
| CONNTECHNICAL INDUSTRIES, INC. (incl Cali) | | | 287,440 | 8.379% |
| Higashi Family Trust | | | 150,000 | 4.372% |
| BAHRICK | | THOMAS | 100,000 | 2.915% |
| PERISHO | | | 100,000 | 2.915% |
| YOUNG | | BARRY | 100,000 | 2.915% |
| LANLOGIC | | | 60,000 | 1.749% |
| BLACK | A | LISA | 58,693 | 1.711% |
| WERNER | | THEODORE | 56,200 | 1.638% |
| HIGASHI | | STEVEN | 50,000 | 1.457% |
| SEABOURNE | | STEVE | 50,000 | 1.457% |
| MITCHELL | | G. EDWARD & SANDRA I | 33,500 | 0.977% |
| PALOCHAK FAMILY TRUST dtd 10/26/2000 | | | 27,325 | 0.797% |
| PENSCO TRUST COMPANY, CUSTODIAN FBO | | | 25,000 | 0.729% |
| CABELL | | NICHOLAS & ALISON | 24,231 | 0.706% |
| FRANK FAMILY TRUST dtd 12/28/83 | | | 22,065 | 0.643% |
| HAMPTON FAMILY LIVING TRUST dtd 7/7/2000 | | | 21,919 | 0.639% |
| Bump, P. Louis | | | 21,229 | 0.619% |
| Curtis, Mary P Trustee of 2006 Trust | | | 20,867 | 0.608% |
| LAFFERTY FAMILY TRUST | | | 20,023 | 0.584% |
| KJM Group Limited Partnership II | | | 20,000 | 0.583% |
| ITLMC | | | 17,959 | 0.524% |
| Davenport/Zufall Revocable Trust | | | 16,621 | 0.484% |
| Wagstaff, Rosanne and Greg, JTWROS | | | 15,860 | 0.462% |
| Flath, Eugene | | | 14,423 | 0.420% |
| DRUCKER | | DOUGLAS | 12,500 | 0.364% |
| Gadd, Craig | | | 11,777 | 0.343% |
| SALKIND | | SYDELLE | 11,474 | 0.334% |
| Shear, Stephen | | | 11,260 | 0.328% |
| TADOKORO FAMILY TRUST | | | 10,500 | 0.306% |
| OWEN - COSTELLO | | ANDREA | 10,400 | 0.303% |
| Courtney, James and Melissa Frank | | | 10,000 | 0.291% |
| GB PRODUCTIONS, INC. | | C/O KATHY BRAUN | 10,000 | 0.291% |
| OZAWA FAMILY TRUST dtd 9/18/87 | | | 10,000 | 0.291% |

EXHIBIT B TO OMNIBUS OBJECTION
24

| | | | |
|---|---|---|---|
| PENSON FINANCIAL SERVICES, INC., CUSTODIAN FBO | | 10,000 | 0.291% |
| Boucher,Laurence & Anna Marie TTEES | | 9,867 | 0.288% |
| Patterson Family Trust | | 9,711 | 0.283% |
| Bernard, Brian | | 6,936 | 0.202% |
| Mulvihill, Dennis DWR FBO | | 5,919 | 0.173% |
| Stanley, Howard | | 5,780 | 0.168% |
| Nishi | GERRY | 5,261 | 0.153% |
| Ozawa, Spencer | | 5,156 | 0.150% |
| BRIGGS | Michael and Kathy | 5,106 | 0.149% |
| Higashi Douglas and Tomoko | | 4,995 | 0.146% |
| LaScola , Theodore A. | | 4,971 | 0.145% |
| Wu, James C. and Jeanne Knight, Trustees | | 4,856 | 0.142% |
| Rudd, Corrie | | 4,409 | 0.129% |
| Nijmeh | RAMSEY | 4,114 | 0.120% |
| McCormack, Joseph Andrew IRA | | 3,548 | 0.103% |
| Mandarino, Frank 1995 Inter Vivos Trust | | 3,544 | 0.103% |
| McEwan, John S. and Amy Y JTWROS | | 3,536 | 0.103% |
| Crane, Douglas P Family Trust | | 3,353 | 0.098% |
| Simon, Jay R. | | 3,314 | 0.097% |
| Simon, John D. | | 3,314 | 0.097% |
| Simon, Richard B. and Constance M. Simon | | 3,314 | 0.097% |
| Evans, Ronald J and Mary E | | 2,983 | 0.087% |
| Leckrone Law Corp. c/o Daniel E. Leckrone | | 2,890 | 0.084% |
| Tadokoro, Seigi | | 2,673 | 0.078% |
| Takeda, Alan | | 2,659 | 0.078% |
| Manion, Kathleen | | 2,638 | 0.077% |
| BRAUN | KATHY | 2,612 | 0.076% |
| Katen, Gloriann | | 2,347 | 0.068% |
| Pollard, Don and Kathleen as Trustees | | 2,284 | 0.067% |
| Wilson, Mary | | 2,125 | 0.062% |
| Mueting, Bette | | 2,093 | 0.061% |
| Hashimoto, Gail M. and Joseph G. Galgano | | 2,081 | 0.061% |
| Schonert, Arne | | 2,052 | 0.060% |
| LaScola , Janice | | 1,966 | 0.057% |
| Higashi, Joyce A. | | 1,734 | 0.051% |
| Higashi, Patrick | | 1,734 | 0.051% |
| Killen, Patrick and Patricia | | 1,734 | 0.051% |
| O'Hara | HENRY | 1,734 | 0.051% |
| O'Hara | LINDA | 1,734 | 0.051% |
| McCormack, Joseph A. | | 1,729 | 0.050% |
| Lux, Robert | | 1,677 | 0.049% |
| Rasmussen, Dana W. | | 1,503 | 0.044% |
| Daniels, James and Judith Family Trust | | 1,445 | 0.042% |

| | | | |
|---|---|---:|---:|
| Fontes, Clay | | 1,388 | 0.040% |
| Pedley, Martin | | 1,363 | 0.040% |
| Closson, Arthur G. | | 1,349 | 0.039% |
| Medica, Thomas | | 1,291 | 0.038% |
| Blum, James E. and Dorothy | | 1,185 | 0.035% |
| Franich, Stephen | | 1,175 | 0.034% |
| Ake, Clara | | 1,164 | 0.034% |
| Geibel, Frederick/Margaret Comm. Property | | 1,156 | 0.034% |
| Nelson, James L. | | 1,156 | 0.034% |
| Pauley, Matthew V | | 1,156 | 0.034% |
| MACGREGOR | RONALD | 1,058 | 0.031% |
| Braun, Greg | | 1,012 | 0.029% |
| Manion, Diana | | 994 | 0.029% |
| Manion, Shana | | 994 | 0.029% |
| Wallace, Sharon | | 724 | 0.021% |
| PRIEUR, JANICE | | 720 | 0.021% |
| Pedley, Glenn | | 682 | 0.020% |
| Holby, Robert Douglas | | 578 | 0.017% |
| Pepper | JON PAUL | 578 | 0.017% |
| Rasmussen, Dennis and Valerie | | 578 | 0.017% |
| Slaughter, Alexander H. C/O McQuire Woods | | 578 | 0.017% |
| Mozingo, Leonard A. | | 421 | 0.012% |
| Groner, David W. & Elizabeth M., Trustees | | 405 | 0.012% |
| Roden, William | | 405 | 0.012% |
| Arter, Gary A. | | 347 | 0.010% |
| Block, Joan | | 289 | 0.008% |
| Charchian, Loris J | | 289 | 0.008% |
| Costello, Andrea O. | | 58 | 0.002% |

|  | |
|---:|---:|
| 3,430,558 | 100.000% |
| 3,430,558 | |
| 0 | |

EXHIBIT B TO OMNIBUS OBJECTION
24

# **PROOF OF SERVICE**

1

2      I am over the age of 18 and not a party to the within action.  My business address is:  770 L

3 Street, Suite 950, Sacramento, CA 95814.

4      On April 5, 2019, I served the within document entitled:

5 **TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS; NOTICE OF**
**OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE**

6

7 on the interested parties by placing true copies thereof enclosed in sealed envelopes with postage

8 thereon fully prepaid in the United States Mail at Sacramento, California, addressed as shown on the

9 service list which follows.

10      Executed April 5, 2019 at Sacramento, California.

11      I declare under penalty of perjury under the laws of the United States of America that the

12 foregoing is true and correct.

13

14                         ___*/s/  Peter C. Bronson*___
                             Peter C. Bronson

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 11-60198   Doc# 177   Filed: 04/05/19   Entered: 04/05/19 14:22:35   Page 20 of
24

Label Matrix for local noticing
0971-5
Case 11-60198
Northern District of California
San Jose
Mon Apr  1 13:08:26 PDT 2019

Andrea O. Costello
1153 S 17th Street
Cottonwood, AZ 86326-8902

Andrea Welsh pka Andrea O. Costello
P.O. Box 1695
El Mirage, AZ 85335-1695

Applied Engineering
970 Lonus Street
San Jose, CA 95126-3713

Arne Schonert
11424 Worden Road
Mokelumne Hill, CA 95245-9657

(p)BARRY N YOUNG DBA LAW OFFICES OF BARRY N Y
PO BOX 61197
PALO ALTO CA 94306-6197

Bette L. Mueting
27867 Espinoza
Mission Viejo, CA 92692-2152

Bette Muetting
27867 Espinoza
Mission Viejo, CA 92692-2152

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

CATLIZ Enterprises
1037 Ruf Road
Colfax, CA 95713-9517

CT Drives, LLC
1484 Pollard Rd., Suite 192
Los Gatos, CA 95032-1031

Campeau Goodsell Smith, L.C.
440 N. 1st St., #100
San Jose, CA 95112-4024

Conntechnical Industries, Inc
4900 Hopyard Road, #100
Pleasanton, CA 94588-7101

Conntechnical Industries, Inc.
c/o Law Offices of Peter C. Bronson, APC
770 L Street, Suite 950
Sacramento, CA 95814-3361

Conntecnical Industries, Inc
4900 Hopyard Road, #100
Pleasanton, CA 94588-7101

Corrie Rudd
2797 Lantz Avenue
San Jose, CA 95124-1419

Dana W. Rasmussen
998 Crestview Drive
San Carlos, CA 94070-3455

Davenport/Zufali Revocable Trust
620 LaCrosse Drive
Morgan Hill, CA 95037-5353

Davenport/Zufall Revocable Trust
620 La Crosse Drive
Morgan Hill, CA 95037-5353

Douglas & Tomoko Higashi
13028 East Semora Drive
Cerritos, CA 90703-8629

Douglas Drucker
3803 Bascom Avenue, Suite 210
Los Gatos, CA 95032

Douglas Drucker
3833 Bascom Avenue, Suite 210
Los Gatos, CA  95032

Douglas P Crane Family Trust
1720 Avenida del Mundo #1004
Coronado, CA 92118-3033

Employment Development Department
Bankruptcy Group MIC 92EPO Box 8268
Sacramento, CA 94280-0001

Employment Development Department
PO Box 8268
Sacramento, CA 94280-0001

Eugene Flath
PO Box 123
5436 Deer Harbor Rd
Deer Harbor, WA 98243-0123

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Frank Family Trust dtd 12/28/83
46975 Ocotillo Court
Fremont, CA 94539-7204

Frank Mandarino
272 Casitas Bulevar
Los Gatos, CA 95032-1118

Frank Mandarino 1995 Inter Vicos Tr
150 Altura Vista
Los gatos, CA 95032-1160

Frank Mandarino 1995 Inter Vicos Tr
272 Casitas Bulevar
Los Gatos, CA 95032-1118

Frank Mandarino 1995 Inter Vivos Trust
272 Casitas Bulevar
Los Gatos, CA 95032-1118

G. Edward & Sandra K. Mitchell
222B Oak Meadow Drive
Los Gatos, CA 95032-4458

GB Productions, Inc.
2400 East Main Street Suite 103-160
St. Charles, IL 60174-2436

GB Productions, Inc.
C/O Kathy Braun
2956 Husking Peg Lane
Geneva, IL 60134-4655

Gary A. Arter
320 Indiana Street
Baldwin City, KS 66006-5006

Greg Braun
2956 Husking Peg Lane
Geneva, IL 60134-4655

Greg Braun
PO Box 345
309 Gerald Street
Osceola, WI 54020-8054

Henry O'Hara
505 Hamilton Avenue
Palo Alto, CA 94301-2013

Higashi Family Trust
107 Las Uvas Court
Los Gatos, CA 95032-1102

Fred Hjelmeset
P.O.Box 4188
Mountain View, CA 94040-0188

ITLMC
1484 Pollard  Road, PMB#192
Los Gatos, CA 95032-1031

Innovative Tech Lic & Mgmt Co
1484 Pollard Road, Suite 192
Los Gatos, CA 95032-1031

Innovative Tech Lic & Mgmt Corp
1481 Pollard Road, Suite 192
Los Gatos, CA  95032

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Technology
Licensing Mgt. Co.
1484 Pollard Road, PMB#192
Los Gatos, CA 95032-1031

James & Judith Daniels Family Trust
231 Ironwood Lane
Redding , CA 96003-5344

James C & Jeanne Knight Wu, Trustee
67 Marsh Rd
Atherton, CA 94027-2046

Janiece Prieur
2835 Timberline Court
San Jose, CA 95121-1021

Jay R. Simon
13031 Reddington Road
Tucson, AZ 85749-9732

Joseph A. McCormack
1074 E. San Lucas Road
Palm Springs, CA 92264-0636

Kathy Braun
1472 South Tyler Road
St. Charles, IL 60174-4578

Kathy Braun
2956 Husking Peg Lane
Genevea, IL 60134-4655

LANLOGIC
c/o Art Closson
248 Rickenbacker Circle
Livermore, CA 94551-7615

Lafferty Family Trust
14464 Evans Lane
Saratoga, CA 95070-5602

Laurence & Anna Marie Boucher, TTEE
20605 Montalvo Heights
Saratoga, CA 95070-6337

Law Offices of Michael G. Ackerman
2391 The Alameda, Suite 100
Santa Clara, CA 95050-6011

Leckrone Law
4010 Moorpark Ave Ste 215
San Jose, CA 95117-1843

Linda O' Hara
228 Morris Ranch Road
Danville, CA 94526-4829

Marangell Living Trust
12000 Moody Springs Court
Los Altos Hills, CA 94022-4468

Marangell Living Trust
12000 Moody Springs Court
Los Altos, CA 94022-4468

Mary Wilson
PO Box 1290
Kingston, WA 98346-1290

Michael & Kathy Briggs
6110 Heathercreek Way
San Jose, CA 95123-4724

Nicolas & Alison Cabel
1718 Marhsall Court, Apt. A
Los Altos, CA 94024-7277

Nicolas & Alison Cabel
4 Woodfern St
Portola Valley, CA 94028-8053

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Office of the United States Trustee
280 S First St., Rm 263
San Jose, CA 95113-3002

P. Louis Bump
1650 Douglas Avenue, Apt. 4312
North Providence, RI 02904-7625

P. Louis Bump
Bahnhofstr. 36
Postbox 60
8702 Zoilikon, Switzerland 8702

PERISHO
c/o Louis Ramirez
355 Santana Row, Suite 2000
San Jose, CA 95128-2052

Palochak Family Trust dtd 10/26/200
227 Chico Avenue
Santa Cruz, CA 95060-6237

Palochak Family Trust dtd 10/26/2000
227 Chico Avenue
Santa Cruz, CA 95060-6237

Patrick & Patricia Killen
110 Belgen Way
Los Gatos, CA 95032-5147

Patterson Family Trust
356 Bachman Court
Los Gatos, CA 95030-5219

Patterson Family Trust
356 Bachman Ct.
Los Gatos, CA 95030-5219

Pensco Trust Company
Cust. FBO Joseph A. McCormack IRA #
3374 Floyd Terrace
Los Angeles, CA 90068-1448

Perfect Fit Industries, Inc.
Shannonweg 72-74
3197 LH Roterdam-Botlek
The NEtherlands

Positork
4900 Hopyard Road, #100
Pleasanton, CA 94588-7101

Positork Distributing, Inc.
c/o Law Offices of Peter C. Bronson, APC
770 L St. # 950
Sacramento, CA 95814-3361

RJS Machine Parts
1249 Dell Avenue
Campbell, CA 95008-6630

Robert Douglas Holby
274 Kerrisdale Ridge
Medford, OR 97504

Robert Douglas Holtby
2741 Kerrisdale Ridge
Medford, OR 97504-5753

Robert Lux
16376 Belmont Ct.
Monte Sereno, CA 95030-5201

Seigi Tadokoro
6771 Hampton Drive
San Jose, CA 95120-5533

Sharon Wallace
45 Moonbeam Ct.
Sparks, NV 89441-7216

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Stephen Shear
66027 E. Catalina Hills Drive
Tucson, AZ 85739-1346

Steven Higashi
3475 Grossmont Dr
San Jose, CA 95132-3120

Sydelle Salkin
408 Helen Circle
Narbeth, PA 19072-1222

Theodore Werner
1842 Winding River Court
Manteca, CA 95337-8249

Theordore Werner
1842 Winding River Court
Manteca, CA 95337-8249

Thomas Bahrick
1960 The Alameda
San Jose, CA 95126-1441

Thomas L. Bahrick
1744 Campbell Avenue
San Jose, CA 95125-5507

Wayne Higashi
107 Las Uvas Court
Los Gatos, CA 95032-1102

Wendy Hampton
33 Vandewater Street, # 103
San Francisco, CA 94133-1968

c/o Kathy Braun
2956 Husking Peg Lane
Geneva, IL 60134-4655

Patric Kelly
Adleson, Hess & Kelly
577 Salmar Ave., 2nd floor
Campbell, CA 95008

Wayne Higashi
51-144 Kamehameha Hwy
Kaaawa, HI 96730

William C. Milks III
40 Main St.
Los Altos, CA 94022-2902

Michael Arter
320 Indiana St.
Baldwin City, KS 66006

Perisho Tombor et al.
1901 S. Bascom Ave., Ste. 600
Campbell, CA 95008

Robert Douglas Holtby
2741 Kernsdale Ridge
Medford, OR 97504

Leckrone Law
2310 Homestead Rd.
Suite C1-505
Los Altos, CA 94024